# EXHIBIT A

**AMENDED CERTIFICATION**

I, Craig Slaughter, as Executive Director of the West Virginia Investment Management Board ("West Virginia IMB"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of West Virginia IMB.  I have reviewed a Consolidated Class Action Complaint prepared against SCANA Corporation ("SCANA") alleging violations of the federal securities laws (the "Consolidated Complaint");

2.      West Virginia IMB did not purchase securities of SCANA at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      West Virginia IMB is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4.      West Virginia IMB's transactions in SCANA securities during the Class Period alleged in the Consolidated Complaint are reflected in Exhibit A, attached hereto;

5.      West Virginia IMB sought to serve as a lead plaintiff in the following class action under the federal securities laws filed during the last three years:

*In re SCANA Corporation Securities Litigation*, No. 3:17-cv-02616 (D.S.C)

6.      Beyond its pro rata share of any recovery, West Virginia IMB will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 28th day of March, 2018.

Craig Slaughter
Executive Director of the West Virginia
Investment Management Board

**EXHIBIT A**

**TRANSACTIONS IN SCANA CORPORATION**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 10/28/15 | -6,400.00 | $56.75 | $363,171.20 |
| Purchase | 02/22/16 | 16,100.00 | $65.62 | ($1,056,480.39) |
| Purchase | 03/08/16 | 12,600.00 | $66.22 | ($834,375.78) |
| Purchase | 05/10/16 | 27,900.00 | $69.81 | ($1,947,634.83) |
| Purchase | 05/26/16 | 29,000.00 | $69.19 | ($2,006,605.70) |
| Purchase | 08/25/16 | 14,500.00 | $72.47 | ($1,050,868.65) |
| Sale | 08/15/17 | -15,500.00 | $61.73 | $956,746.80 |
| Sale | 11/16/17 | -22,600.00 | $44.62 | $1,008,482.06 |
| Sale | 11/21/17 | -15,300.00 | $43.28 | $662,147.28 |
| Sale | 12/11/17 | -19,000.00 | $42.39 | $805,406.20 |
| Sale | 12/19/17 | -21,900.00 | $42.34 | $927,213.15 |