# EXHIBIT B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

We, Jacobus Laurentius Jonk and Theodorus Gerardus Arnoldus Keijzers, on behalf of BSG Fund Management B.V., acting as the legally authorized representative of Stichting Blue Sky Global Equity Active Low Volatility Fund, hereby certify, as to the claims asserted under the federal securities laws, that:

1. We are authorized to execute this Certification on behalf of BSG Fund Management B.V., acting as the legally authorized representative of Stichting Blue Sky Global Equity Active Low Volatility Fund. BSG Fund Management B.V., acting as the authorized representative of Stichting Blue Sky Global Equity Active Low Volatility Fund, has authorized the filing of this Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint").

2. Stichting Blue Sky Global Equity Active Low Volatility Fund did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Stichting Blue Sky Global Equity Active Low Volatility Fund is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary, and has been so appointed on January 23, 2018. Stichting Blue Sky Global Equity Active Low Volatility Fund and BSG Fund Management B.V. fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Stichting Blue Sky Global Equity Active Low Volatility Fund's transactions during the Class Period set forth in the Complaint in the SCANA Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. Stichting Blue Sky Global Equity Active Low Volatility Fund has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Tyson Foods, Inc. Securities Litigation*, No. 16-cv-5340 (W.D. Ark.)

6. Stichting Blue Sky Global Equity Active Low Volatility Fund will not accept any payment for serving as a representative party on behalf of the Class beyond Stichting Blue Sky Global Equity Active Low Volatility Fund's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.

Executed this 29 day of March 2018.

_____
Jacobus Laurentius Jonk
Board Member
*BSG Fund Management B.V., acting as the legally authorized representative of Stichting Blue Sky Global Equity Active Low Volatility Fund*

_____
Theodorus Gerardus Arnoldus Keijzers
Board Member
*BSG Fund Management B.V., acting as the legally authorized representative of Stichting Blue Sky Global Equity Active Low Volatility Fund*

**Stichting Blue Sky Global Equity Active Low Volatility Fund**
**Transactions in SCANA Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 4/5/2017 | 800 | 66.5679 |
| Purchase | 4/5/2017 | 2,600 | 66.2367 |
| Purchase | 4/6/2017 | 8,800 | 66.3293 |
| Purchase | 4/7/2017 | 400 | 66.3326 |
| Purchase | 4/7/2017 | 23,000 | 66.3125 |
| Purchase | 4/7/2017 | 8,000 | 65.6647 |
| Purchase | 4/10/2017 | 400 | 65.2729 |
| Purchase | 4/11/2017 | 2,400 | 65.2170 |
| Purchase | 4/11/2017 | 4,200 | 65.2550 |
| Purchase | 4/13/2017 | 300 | 65.4439 |
| Purchase | 4/17/2017 | 2,200 | 66.0411 |
| Purchase | 4/19/2017 | 2,800 | 66.5021 |
| Purchase | 4/24/2017 | 2,500 | 66.0253 |
| Purchase | 5/5/2017 | 8,092 | 65.9400 |
| Purchase | 6/2/2017 | 4,954 | 68.6300 |
| Purchase | 7/7/2017 | 2,777 | 65.0200 |
| Purchase | 9/1/2017 | 3,488 | 60.2173 |
| Purchase | 10/3/2017 | 15,512 | 48.5246 |
| Purchase | 10/4/2017 | 1,806 | 48.4200 |
| Purchase | 10/4/2017 | 10,517 | 48.1284 |
| Purchase | 10/6/2017 | 12,025 | 48.2111 |
| Purchase | 11/3/2017 | 13,612 | 42.0301 |
| Purchase | 12/1/2017 | 10,513 | 44.2433 |
| Sale | 6/29/2016 | (18,676) | 73.9341 |
| Sale | 6/30/2016 | (12,024) | 74.5421 |
| Sale | 12/12/2016 | (39,661) | 73.0094 |
| Sale | 12/13/2016 | (6,939) | 73.7291 |
| Sale | 11/3/2017 | (25,163) | 42.3359 |
| Sale | 11/6/2017 | (18,278) | 43.9037 |
| Sale | 11/6/2017 | (33,200) | 43.6176 |
| Sale | 11/7/2017 | (4,663) | 44.0146 |
| Sale | 11/7/2017 | (3,338) | 43.9950 |
| Sale | 11/7/2017 | (1,556) | 43.9602 |
| Sale | 11/7/2017 | (37) | 44.3200 |

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

We, Jacobus Laurentius Jonk and Theodorus Gerardus Arnoldus Keijzers, on behalf of BSG Fund Management B.V., acting as the legally authorized representative of Stichting Blue Sky Active Large Cap Equity USA Fund, hereby certify, as to the claims asserted under the federal securities laws, that:

1. We are authorized to execute this Certification on behalf of BSG Fund Management B.V., acting as the legally authorized representative of Stichting Blue Sky Active Large Cap Equity USA Fund. BSG Fund Management B.V., acting as the authorized representative of Stichting Blue Sky Active Large Cap Equity USA Fund, has authorized the filing of this Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint").

2. Stichting Blue Sky Active Large Cap Equity USA Fund did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Stichting Blue Sky Active Large Cap Equity USA Fund is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary, and has been so appointed on January 23, 2018. Stichting Blue Sky Active Large Cap Equity USA Fund and BSG Fund Management B.V. fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Stichting Blue Sky Active Large Cap Equity USA Fund's transactions during the Class Period set forth in the Complaint in the SCANA Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. Stichting Blue Sky Active Large Cap Equity USA Fund has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Tyson Foods, Inc. Securities Litigation*, No. 16-cv-5340 (W.D. Ark.)

6. Stichting Blue Sky Active Large Cap Equity USA Fund will not accept any payment for serving as a representative party on behalf of the Class beyond Stichting Blue Sky Active Large Cap Equity USA Fund's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.

Executed this 29 day of March 2018.

_____
Jacobus Laurentius Jonk
Board Member
*BSG Fund Management B.V., acting as the legally authorized representative of Stichting Blue Sky Active Large Cap Equity USA Fund*

_____
Theodorus Gerardus Arnoldus Keijzers
Board Member
*BSG Fund Management B.V., acting as the legally authorized representative of Stichting Blue Sky Active Large Cap Equity USA Fund*

**Stichting Blue Sky Active Large Cap Equity USA Fund**
**Transactions in SCANA Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 11/13/2015 | 700 | 59.4857 |
| Purchase | 11/23/2015 | 200 | 59.9129 |
| Purchase | 2/19/2016 | 3,500 | 65.5701 |
| Purchase | 3/9/2016 | 2,100 | 66.5333 |
| Purchase | 5/27/2016 | 6,800 | 69.5319 |
| Sale | 5/22/2017 | (3,700) | 65.4200 |
| Sale | 6/19/2017 | (1,700) | 70.6205 |
| Sale | 8/29/2017 | (1,600) | 59.9256 |
| Sale | 11/10/2017 | (3,000) | 44.2011 |
| Sale | 11/29/2017 | (1,100) | 43.8210 |
| Sale | 12/19/2017 | (2,200) | 41.9000 |