# Exhibit H

|    |    |
|----|----|
|    | SANTEE/SCANA  1/14/15  Re 3rd PARTY ASSMNT |
|    | SANTEE: LONNIE/M.BAXLEY/M.CROSBY/S.PELCHER/M.CHERRY |
|    | SCANA: KBM/JBA/SAB/RON LINDSAY/A.BYNUM |
|    | G. WENICK |
| GW | GAVE OVERVIEW OF WHY WE ENGAGED BECHTEL |
| LC | A YEAR AGO SANTEE APPROACHED SCANA W/ NOTION OF 3rd PARTY ASSMNT AS PROJ WASN'T GOING WELL - HAD TO DO SOMETHING. |
|    | SANTEE BOARD IS TUNED IN TO THIS |
|    | PROTECTING FROM LITIGATION PERSPECTIVE IS IN CONFLICT W/ ORIG INTENT |
|    | PROTECTION DOESN'T MEAN ONLY GW CAN SEE REPT. - SANTEE ATTY AT LEAST MUST SEE |
| GW | I'M JUST COUNSEL AND LOOK FOR GUIDANCE |
|    | MANY BECHTEL RECOMMENDATIONS MOOT BY NEW AGREEMENT |
|    | Re SKED THEY WOULD NEED TO HAVE "MORE ROBUST" LOOK @ SKED |
|    | CONCERN W/ BECHTEL METHOD FOR SKED PREDICTION |
| KBM | WE DIDN'T ENGAGE TO COME UP W/ NEW PREDICTED COMPLETION DATE |
| GW | IF WE DON'T Δ THEIR PREDICTION WILL BE VIEWED AS OWNERS OPINION - CONSEQUENCES |
| LC | OTHER SKED ESTIMATES NO LONGER RELEVANT - NEED FLUOR INPUT ON WHAT THEY CAN DO. |
|    | COULD WE HAVE 2 REPORTS ONE PUBLIC/ONE NOT |
| GW | DISCLOSURE ISSUES - POTENTIALLY |
|    | I'M CONSTRUCTION LAWYER & I'M TELLING YOU THAT MUCH OF INFO PROVIDED IS NOT USEFUL PARTICULARLY SKED WHICH IS BASED ON 'DIRE PREDICTIONS' |
| RL | HIRED GW AS CONST LITIGATION EXPERT |
| LC | DON'T WANT BECHTEL TO 'WHISPER IN MARKET' THAT WE WHITEWASHED REPORT |
| MB | WE'RE ON SAME TEAM - CAN'T DEFEND NOT SEEING WHAT IS IN DRAFT REPORT |
| RL | CAN HAVE GW EXPLAIN TO YOUR BOARD |
| KBM | PRESENTATION IN OCT WAS THE REPORT - DIDN'T DIRECT ANYTHING ELSE |
|    | LET COUNSEL GO THROUGH DRAFT TODAY AND SEE IF WE CAN AGREE |
| SP | NEED WORDS AROUND STANDARDS USED FOR REVIEW. |
| GW | STD IS RELIABILITY |