UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)

| | |
|---|---|
| *In re SCANA Corporation Securities Litigation* | Civil Action No. 3:17-CV-2616-MBS <br><br> CLASS ACTION |

## LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

Marlon E. Kimpson (D.S.C. Bar No. 7487)
William S. Norton (D.S.C. Bar No. 11343)
Joshua C. Littlejohn (D.S.C. Bar No. 10426)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Liaison Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky*

James W. Johnson *(admitted pro hac vice)*
Michael H. Rogers *(admitted pro hac vice)*
Irina Vasilchenko *(admitted pro hac vice)*
James Christie *(admitted pro hac vice)*
Philip J. Leggio *(admitted pro hac vice)*
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

John C. Browne *(admitted pro hac vice)*
Jeroen Van Kwawegen *(admitted pro hac vice)*
Lauren Ormsbee *(admitted pro hac vice)*
Michael M. Mathai *(admitted pro hac vice)*
Kate W. Aufses *(admitted pro hac vice)*
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky
and Proposed Lead Counsel for the Class*

Lead Plaintiffs the West Virginia Investment Management Board and Stichting Blue Sky Global Equity Active Low Volatility Fund and Stichting Blue Sky Active Large Cap Equity USA Fund (collectively, "Lead Plaintiffs") hereby move this Court for an Order: (i) certifying this action as a class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3); (ii) appointing Lead Plaintiffs to serve as Class Representatives; and (iii) appointing Labaton Sucharow LLP and Bernstein Litowitz Berger & Grossmann LLP (together, "Co-Lead Counsel") as Class Counsel.

In support of this motion, Lead Plaintiffs submit the accompanying Memorandum of Points and Authorities and exhibits, including the Expert Report of Chad Coffman, CFA, dated June 28, 2019.

In accordance with the schedule set by the Court (ECF No. 151), Lead Plaintiffs' moving papers will be filed and served on June 28, 2019; Defendants' answering papers shall be filed and served on or before September 11, 2019; and Lead Plaintiffs' reply papers shall be filed and served on or before October 28, 2019.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.02

Pursuant to Local Rule 7.02, counsel for Lead Plaintiffs certify that, prior to filing the foregoing motion, they conferred with Defendants' counsel and attempted in good faith to resolve the matter contained in the Motion. However, the parties were unable to resolve this matter absent Court intervention.

DATED: June 28, 2019         */s/ Marlon E. Kimpson*
                             Marlon E. Kimpson (D.S.C. Bar No. 7487)
                             William S. Norton (D.S.C. Bar No. 11343)
                             Joshua C. Littlejohn (D.S.C. Bar No. 10426)
                             **MOTLEY RICE LLC**
                             28 Bridgeside Blvd.
                             Mt. Pleasant, South Carolina 29464
                             Telephone: (843) 216-9000

Facsimile: (843) 216-9450
mkimpson@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com

*Liaison Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky*

James W. Johnson *(admitted pro hac vice)*
Michael H. Rogers *(admitted pro hac vice)*
Irina Vasilchenko *(admitted pro hac vice)*
James Christie *(admitted pro hac vice)*
Philip J. Leggio *(admitted pro hac vice)*
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
ivasilchenko@labaton.com
jchristie@labaton.com
pleggio@labaton.com

*Co-Lead Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky and Proposed Lead Counsel for the Class*

John C. Browne *(admitted pro hac vice)*
Jeroen Van Kwawegen (*admitted pro hac vice*)
Lauren Ormsbee *(admitted pro hac vice)*
Michael M. Mathai *(admitted pro hac vice)*
Kate W. Aufses *(admitted pro hac vice)*
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
jeroen@blbglaw.com
lauren@blbglaw.com
michael.mathai@blbglaw.com
kate.aufses@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 28, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Marlon E. Kimpson*
MARLON E. KIMPSON (D.S.C. Bar No. 7487)