# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# (COLUMBIA DIVISION)

| | |
|---|---|
| *In re SCANA Corporation Securities Litigation* | Civil Action No. 3:17-CV-2616-MBS <br><br> <u>CLASS ACTION</u> |

### JOINT MOTION FOR ENTRY OF [PROPOSED] ORDER RE: AGREED PROTOCOL GOVERNING DISCOVERY MATTERS AND <u>THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION ("ESI")</u>

The parties have conferred and reached an agreement as to the production of Electronically Stored Information ("ESI") and other discovery matters. The parties, therefore, respectfully request that the Court grant the proposed Order Re: Agreed Protocol Governing Discovery Matters and the Production of ESI, attached as Exhibit A.

Respectfully submitted this 29th day of July, 2019.

| | |
|---|---|
| */s/ Steven J. Pugh* | */s/ Marlon E. Kimpson* |
| Steven J. Pugh (Fed. ID No. 7033) | Marlon E. Kimpson (D.S.C. Bar No. 7487) |
| Benjamin P. Carlton (Fed. ID No. 11797) | William S. Norton (D.S.C. Bar No. 11343) |
| **RICHARDSON PLOWDEN & ROBINSON, P.A.** | Joshua C. Littlejohn (D.S.C. Bar No. 10426) |
| | **MOTLEY RICE LLC** |
| Post Office Drawer 7788 | 28 Bridgeside Blvd. |
| Columbia, South Carolina 29202 | Mt. Pleasant, South Carolina 29464 |
| Telephone: (803) 771-4400 | Telephone: (843) 216-9000 |
| spugh@richardsonplowden.com | Facsimile: (843) 216-9450 |
| bcarlton@richardsonplowden.com | mkimpson@motleyrice.com |
| | bnorton@motleyrice.com |
| I.S. Leevy Johnson (Fed. ID No. 2194) | jlittlejohn@motleyrice.com |
| George Craig Johnson (Fed. ID No. 6538) | |
| **JOHNSON, TOAL & BATTISTE, P.A.** | *Liaison Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky* |
| Post Office Box 1431 | |
| Columbia, South Carolina 29202 | |
| Telephone: (803) 252-9700 | |
| islj@jtbpa.com | |
| george@jtbpa.com | James W. Johnson *(admitted pro hac vice)* |

Brian E. Pumphrey *(admitted pro hac vice)*
Brian D. Schmalzbach *(admitted pro hac vice)*
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-7745
Facsimile: (804) 698-2018
bpumphrey@mcguirewoods.com
bschmalzbach@mcguirewoods.com

Michael R. Smith (*admitted pro hac vice*)
Lisa Bugni (*admitted pro hac vice*)
Brandon R. Keel (*admitted pro hac vice*)
**KING & SPALDING, LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4824
Facsimile: (404) 525-5139
mrsmith@kslaw.com
lbugni@kslaw.com
bkeel@kslaw.com

*Counsel for Defendants SCANA Corporation, Harold C. Stowe, D. Maybank Hagood, and James W. Roquemore*


*/s/ William A. Coates*
William A. Coates (Fed. ID 183)
**ROE, CASSIDY, COATES & PRICE, P.A.**
1052 N. Church St.
Greenville, SC 29601
Tel: (864) 349-2603
Fax: (864) 349-0303
wac@roecassidy.com

*Counsel for Defendants Jimmy E. Addison, Stephen A. Byrne, and Kevin B. Marsh*

Michael H. Rogers *(admitted pro hac vice)*
Irina Vasilchenko *(admitted pro hac vice)*
James Christie *(admitted pro hac vice)*
Philip Leggio *(admitted pro hac vice)*
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
ivasilchenko@labaton.com
jchristie@labaton.com
pleggio@labaton.com

*Co-Lead Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky and Proposed Lead Counsel for the Class*


John C. Browne *(admitted pro hac vice)*
Jeroen Van Kwawegan *(admitted pro hac vice)*
Lauren Ormsbee *(admitted pro hac vice)*
Michael M. Mathai *(admitted pro hac vice)*
Kate W. Aufses *(admitted pro hac vice)*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
jeroen@blbglaw.com
lauren@blbglaw.com
michael.mathai@blbglaw.com
kate.aufses@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky and Proposed Lead Counsel for the Class*

2

John A. Jordak, Jr. (*admitted pro hac vice*)
William R. Mitchelson, Jr. *(admitted pro hac vice)*
Meredith J. Kingsley *(admitted pro hac vice)*
**ALSTON & BIRD**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777
john.jordak@alston.com
mitch.mitchelson@alston.com
meredith.kingsley@alston.com

*Counsel for Defendant Jimmy E. Addison*

James F. Wyatt, III *(admitted pro hac vice)*
Robert A. Blake, Jr. *(admitted pro hac vice)*
**WYATT & BLAKE, LLP**
435 East Morehead Street
Charlotte, NC 28202
Tel: (704) 331-0767
Fax: (704) 331-0773
jwyatt@wyattlaw.net
rblake@wyattlaw.net

Matthew T. Martens *(admitted pro hac vice)*
**WILMER CUTLER PICKERING**
Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
matthew.martens@wilmerhale.com

*Counsel for Defendant Stephen A. Byrne*

Anne M. Tompkins *(admitted pro hac vice)*
Jonathan M. Watkins *(admitted pro hac vice)*
Aaron C. Lang *(admitted pro hac vice)*
**CADWALADER, WICKERSHAM & TAFT LLP**
227 West Trade St.

Charlotte, NC 28202
Tel.: (704) 348-5100
Fax: (704) 348-5200
anne.tompkins@cwt.com
jonathan.watkins@cwt.com
aaron.lang@cwt.com

*Counsel for Defendant Kevin B. Marsh*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Marlon E. Kimpson*
MARLON E. KIMPSON (D.S.C. Bar No. 7487)