# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| IN RE SCANA CORPORATION SECURITIES LITIGATION | Civil Action No. 3:17-cv-02616-MBS |

## MOTION TO PERMIT WITHDRAWAL OF ATTORNEY WILLIAM R. MITCHELSON, JR.

Defendant Jimmy Addison moves the Court for an Order permitting William R. Mitchelson, Jr. to withdraw as counsel for Mr. Addison in accordance with Local Civil Rule 83.I.07 (D.S.C). The grounds for the Motion are as follows:

1. Mr. Mitchelson was a partner with Alston & Bird (A&B), and was admitted *pro hac vice* as one of the attorneys who represented Defendant Jimmy Addison in this matter.

2. Mr. Mitchelson retired from A&B effective September 6, 2019.

3. Defendant Jimmy Addison has no objection to this withdrawal as one of the attorneys at A&B representing him in this matter.

4. A&B, along with Roe Cassidy Coates & Price P.A., will continue to represent Defendant Jimmy Addison in this matter. Specifically, John A. Jordak, Jr. and Meredith Jones Kingsley of A&B, both admitted *pro hac vice* on behalf of Defendant Jimmy Addison, along with William A. Coates of Roe Cassidy Coates & Price P.A, all consent to Mr. Mitchelson's withdrawal and will continue to represent Mr. Addison in this matter.

5. In light of Mr. Mitchelson's retirement, Defendant Jimmy Addison asks that this Court permit Mr. Mitchelson to withdraw as one of his counsel, relieve Mr. Mitchelson from any further responsibility to Mr. Addison in this matter, and direct the removal of Mr. Mitchelson's name and former e-mail address with A&B from the ECF directory for this matter.

6. Prior to filing this Motion, the undersigned consulted with counsel for the Plaintiffs, who kindly consented to the relief sought. Pursuant to Local Civil Rule 7.04,

no supporting memorandum is required because a full explanation of this motion is contained herein and a memorandum would serve no useful purpose.

**WHEREFORE**, the undersigned counsel respectfully ask that this Court issue an Order permitting William R. Mitchelson, Jr. to withdraw as counsel for Defendant Jimmy Addison, relieving Mr. Mitchelson from any further obligation in this case, and removing Mr. Mitchelson's name and former e-mail address with A&B from the ECF directory for this matter.

Respectfully submitted, this 8th day of October, 2019.

ROE CASSIDY COATES & PRICE P.A.

s/William A. Coates
William A. Coates, Federal Bar No. 00183
Post Office Box 10529
Greenville, South Carolina 29603
Tel: 864-349-2600
Fax: 864-349-0303
wac@roecassidy.com


ALSTON & BIRD

s/John A. Jordak, Jr.
John A. Jordak, Jr.
*(admitted pro hac vice)*
john.jordak@alston.com
Meredith Jones Kingsley
*(admitted pro hac vice)*
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel: 404-881-7000
Fax: 404-881-7777