**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

IN RE: SCANA CORPORATION
SECURITIES LITIGATION

C.A. No. 3:17-cv-02616-MBS

## <u>MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT KEVIN MARSH</u>

Defendant Kevin Marsh, by and through undersigned counsel, hereby moves the Court to substitute  J. Brady Hair and Derk Van Raalte of the Law Offices of J. Brady Hair for William A. Coates of Roe, Cassidy, Coates & Price, P.A. as counsel of record for Mr. Marsh. This motion will not affect Mr. Marsh's *pro hac vice* counsel at Cadwalader, Wickersham & Taft LLP; will not prejudice the parties; and will not cause undue delay in the disposition of this matter.

In accordance with Local Rule 7.02, the undersigned conferred with Mr. Coates regarding this motion and Mr. Coates does not object to the same. The consent of Defendant Marsh and Mr. Coates to this motion are reflected by their signatures on the consent orders attached hereto.

Respectfully submitted,

By:    __s/Derk Van Raalte_____

Derk Van Raalte (Fed. ID 6508)
Brady Hair (Fed. ID 5424)
LAW OFFICES OF J. BRADY HAIR
2500 City Hall Lane
Post Office Box 61896
North Charleston, SC 29419
(843) 572-8700
Brady@bradyhair.com
Derk@bradyhair.com