**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)**

| | |
|---|---|
| *In re SCANA Corporation Securities Litigation* | Civil Action No. 3:17-CV-2616-MBS |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY
APPROVING CLASS ACTION SETTLEMENT AND AUTHORIZING
<u>DISSEMINATION OF NOTICE OF SETTLEMENT</u>**

Marlon E. Kimpson (D.S.C. Bar No. 7487)
William S. Norton (D.S.C. Bar No. 11343)
Joshua C. Littlejohn (D.S.C. Bar No. 10426)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Liaison Counsel for Lead Plaintiffs West
Virginia IMB and Blue Sky*

| | |
|---|---|
| James W. Johnson *(admitted pro hac vice)* | John C. Browne *(admitted pro hac vice)* |
| Michael H. Rogers *(admitted pro hac vice)* | Jeroen Van Kwawegen *(admitted pro hac vice)* |
| Irina Vasilchenko *(admitted pro hac vice)* | Lauren Ormsbee *(admitted pro hac vice)* |
| James Christie *(admitted pro hac vice)* | Michael M. Mathai *(admitted pro hac vice)* |
| Philip J. Leggio *(admitted pro hac vice)* | Kate W. Aufses *(admitted pro hac vice)* |
| **LABATON SUCHAROW LLP** | **BERNSTEIN LITOWITZ BERGER** |
| 140 Broadway | **& GROSSMANN LLP** |
| New York, New York 10005 | 1251 Avenue of the Americas |
| Telephone: (212) 907-0700 | New York, New York 10020 |
| Facsimile: (212) 818-0477 | Telephone: (212) 554-1400 |
| | Facsimile: (212) 554-1444 |

*Co-Lead Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky
and Proposed Lead Counsel for the Class*

Lead Plaintiffs the West Virginia Investment Management Board ("West Virginia IMB") and Stichting Blue Sky Global Equity Active Low Volatility Fund and Stichting Blue Sky Active Large Cap Equity USA Fund ("Blue Sky") (collectively, "Lead Plaintiffs") hereby move this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed settlement of the above-captioned action (the "Settlement"); (ii) approving the form and manner of giving notice of the proposed Settlement to Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for an award of attorneys' fees and expenses.

In support of this motion, Lead Plaintiffs submit the accompanying Memorandum of Points and Authorities in Support of Lead Plaintiffs' Unopposed Motion for an Order Preliminarily Approving Class Action Settlement and Authorizing Dissemination of Notice of Settlement, filed herewith, and the Stipulation and Agreement of Settlement dated December 20, 2019 (the "Stipulation"), attached hereto as Exhibit 1. The Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement is attached hereto as Exhibit 2. Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.02

Pursuant to Local Rule 7.02, counsel for Lead Plaintiffs certify that, prior to filing the foregoing motion, they conferred with Defendants' counsel and Defendants do not oppose this motion.

| | |
|---|---|
| DATED: January 7, 2020 | */s/ Marlon E. Kimpson* |
| | Marlon E. Kimpson (D.S.C. Bar No. 7487) |
| | William S. Norton (D.S.C. Bar No. 11343) |
| | Joshua C. Littlejohn (D.S.C. Bar No. 10426) |
| | **MOTLEY RICE LLC** |

28 Bridgeside Blvd.
Mt. Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
mkimpson@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com

*Liaison Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky*

James W. Johnson *(admitted pro hac vice)*
Michael H. Rogers *(admitted pro hac vice)*
Irina Vasilchenko *(admitted pro hac vice)*
James Christie *(admitted pro hac vice)*
Philip J. Leggio *(admitted pro hac vice)*
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jjohnson@labaton.com
mrogers@labaton.com
ivasilchenko@labaton.com
jchristie@labaton.com
pleggio@labaton.com

*Co-Lead Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky and Proposed Lead Counsel for the Class*

John C. Browne *(admitted pro hac vice)*
Jeroen Van Kwawegen (*admitted pro hac vice*)
Lauren Ormsbee *(admitted pro hac vice)*
Michael M. Mathai *(admitted pro hac vice)*
Kate W. Aufses *(admitted pro hac vice)*
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
jeroen@blbglaw.com
lauren@blbglaw.com
michael.mathai@blbglaw.com

2

kate.aufses@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs West Virginia IMB and Blue Sky and Proposed Lead Counsel for the Class*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 7, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Marlon E. Kimpson*
MARLON E. KIMPSON (D.S.C. Bar No. 7487)