# EXHIBIT A-3

**Exhibit A-3**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)

| | |
|---|---|
| *In re SCANA Corporation Securities Litigation* | Civil Action No. 3:17-CV-2616-MBS<br><br>CLASS ACTION |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO:  all persons and entities who or which purchased or otherwise acquired publicly traded SCANA Corporation ("SCANA") common stock during the period from October 27, 2015 through December 20, 2017, inclusive, and were damaged thereby (the "Settlement Class")[1]:**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of South Carolina (Columbia Division) (the "Court"), that the above-captioned securities class action (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action, on behalf of themselves and the Settlement Class, have reached a proposed settlement of the Action for $192,500,000, with $160,000,000 paid in cash and $32,500,000 being paid in cash or shares of freely-tradable Dominion Energy, Inc. ("Dominion Energy") common stock (the "Settlement") at the option of SCANA.[2]  If approved, the Settlement will resolve all claims in the Action.

A hearing will be held on _____, 2020 at __:__ _.m., before the Honorable Margaret B. Seymour at the United States District Court for the District of South Carolina,

---

[1] Certain persons and entities are excluded from the Settlement Class by definition, as set forth in the full printed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses (the "Notice").

[2] Dominion Energy merged with SCANA effective January 2, 2019, upon which SCANA common stock was converted into Dominion Energy common stock.

Courtroom _____ of the Matthew J. Perry, Jr. Courthouse, 901 Richland Street, Columbia, SC 29201, to determine: (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Lead Plaintiffs should be certified as Class Representatives for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class; (iii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated December 20, 2019 (and in the Notice) should be granted; (iv) whether the terms and conditions of the issuance of the Settlement Shares pursuant to an exemption from registration requirements under Section 3(a)(10) of the Securities Act are fair to all persons and entities to whom the shares will be issued; (v) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (vi) whether Lead Counsel's application for an award of attorneys' fees and expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at: SCANA Securities Litigation, c/o Epiq, PO Box 4850, Portland, OR 97208-4850, 1-833-947-1420, info@SCANASecuritiesLitigation.com. Copies of the Notice and Claim Form can also be downloaded from the Settlement website, www.SCANASecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked or submitted electronically* **no later than** _____, 2020. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to receive a payment from the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* **no later than** _____, **2020**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to receive a payment from the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and expenses must be filed with the Court and delivered to Lead Counsel and designated representative counsel for Defendants such that they are *received* **no later than** _____, **2020**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Office of the Clerk of the Court, Defendants, Dominion Energy, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to the Claims Administrator or Lead Counsel.**

Requests for the Notice and Claim Form should be made to:

2

SCANA Securities Litigation
c/o Epiq
PO Box 4850
Portland, OR 97208-4850
1-833-947-1420
info@SCANASecuritiesLitigation.com
www.SCANASecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

| | |
|---|---|
| John C. Browne, Esq. | James W. Johnson, Esq. |
| Bernstein Litowitz Berger & Grossmann LLP | Labaton Sucharow LLP |
| 1251 Avenue of the Americas, 44th Floor | 140 Broadway |
| New York, NY 10020 | New York, NY 10005 |
| 1-800-380-8496 | 1-888-219-6877 |
| settlements@blbglaw.com | settlementquestions@labaton.com |

By Order of the Court

#1338483

3